NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NEELAM T. UPPAL,       )
                       )
        Appellant,     )
                       )
v.                     )       Case No. 2D16-3310
                       )
NATIONSTAR MORTGAGE, LLC,   )
                       )
        Appellee.      )
                       )
_____)

Opinion filed April 27, 2018.

Appeal from the Circuit Court for
Pinellas County; Cynthia Newton, Judge.

Neelam T. Uppal, pro se.

Nancy M. Wallace and Ryan D. O'Connor
of Akerman LLP, Tallahassee; and William
P. Heller of Akerman LLP, Fort Lauderdale;
and David A. Karp of Akerman LLP, Tampa
for Appellee.


PER CURIAM.


        Affirmed.


SILBERMAN, CRENSHAW, and ATKINSON, JJ., Concur.